**Motion Granted and Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

NO.  14-13-00129-CV

_____

**ACE PARKING MANAGEMENT, INC., Appellant**

**V.**

**MAIN STREET PARKING, LIMITED AND BRANTLY MINOR, AND REALTY DISCOVERY CONSULTANTS, INC., Appellees**

**&**

_____

NO.  14-13-00195-CV

_____

**BRANTLY MINOR, Appellant**

**V.**

**ACE PARKING MANAGEMENT, INC.,  Appellee**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-50648

## ORDER

On February 18, 2013, Ace Parking Management, Inc. filed a notice of appeal from final judgment signed November 20, 2012, and the appeal was assigned to this court under our appellate number 14-13-00129-CV. On March 6, 2012, Brantly Minor filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-13-00195-CV.

On March 20, 2013, the parties filed an agreed joint motion to consolidate the appeals. The motion is granted and the court consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-13-00195-CV are consolidated into cause number 14-13-00129-CV. The consolidated appeal shall proceed under appeal number 14-13-00129-CV and all future filings shall be in appeal number 14-13-00129-CV.

The parties further request a briefing schedule. The motion is GRANTED. Accordingly we order the following:

☐ Ace's Appellant's Brief, and Minor's Cross-Appellant's Brief, to be due 30 days after the later of the filing of the clerk's record or the reporter's record;

☐ The Appellees shall file a joint response brief to Ace's Appellant's Brief, to be due 60 days after the filing of the Ace's Appellant's Brief, and the length of the joint brief is increased to, but may not exceed, 25,000 words, as measured by Rule 9.4(i) of the Texas Rules of Appellate Procedure;

☐ Ace's response to Minor's Cross-Appellant's Brief to be due 60 days after the filing of the Minor's Cross-Appellant's Brief;

☐ Ace's reply brief to the Appellee's joint response brief, to be due 40 days after the filing of the Appellee's joint response brief, and the length of Ace's

reply brief is increased to, but may not exceed, 12,000 words, as measured by Rule 9.4(i) of the Texas Rules of Appellate Procedure;

☐    Minor's reply to Ace's response brief to be due 40 days after the filing of Ace's response brief; and

☐    The total aggregate length of all of the briefs filed by Ace is increased to, but may not exceed, 47,500 words, and the total aggregate length of all briefs filed by the Appellees and Cross-Appellant is increased to, but may not exceed, 47,500 words, as measured by Rule 9.4(i) of the Texas Rules of Appellate Procedure.


PER CURIAM